IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GABRIELA A. MAGNUSSEN § | |
| § | |
| v. § | |
| § | Civil Cause No. 3:17-cv-02102-N |
| MARLENE SCOTT BELCHER, and § | |
| SCHNEIDER NATIONAL CARRIERS, § | |
| INC. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, COMES NOW Plaintiff **GABRIELA A. MAGNUSSEN** and Defendants **MARLENE SCOTT BELCHER and SCHNEIDER NATIONAL CARRIERS, INC.**, through their attorneys of record, and advise the Court that all matters and things in controversy between Plaintiff and Defendants have been fully and completely compromised and settled, and file this Notice and Stipulation of Dismissal with Prejudice with reference to Plaintiff's claims and causes of action against these Defendants.

It is further STIPULATED that all of the claims and causes of action asserted by Plaintiff against Defendants in the above-captioned lawsuit, or which could have been asserted in this or any other court by it, are hereby dismissed with prejudice to the re-filing of same in any court at any time.

It is further STIPULATED that all court costs incurred in the prosecution and defense of this cause of action are to be taxed against the parties incurring same. All other relief not expressly granted herein is denied.

**Law Office of Domingo Garcia, P.C.**

*/s/James Trujillo*

James Trujillo
State Bar No:  24056453
jtrujillo@dgley.com
Law Office of Domingo Garcia, P.C.
400 S. Zang Blvd.
6th Floor, Suite 600
Dallas, TX  75208
(214) 941-8300
(214) 943-7536 (Fax)

**ATTORNEYS FOR PLAINTIFF**


*/s/Jason A. Burris*

**MICHAEL P. SHARP**
State Bar No. 00788857
**JASON A. BURRIS**
State Bar No. 24049591
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Tel:  972-934-9100
Fax:  972-934-9200
Email:  msharp@feesmith.com
Email:  jburris@feesmith.com

**ATTORNEYS FOR DEFENDANTS
MARLENE SCOTT BELCHER and
SCHNEIDER NATIONAL CARRIERS, INC.**